MULVEY REALTY COMPANY, Respondent, *v.* NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, Impleaded with Another.

*Mulvey Realty Co.* v. *N. Y., Westchester & Boston Ry. Co.,* 184 App. Div. 900, affirmed.

(Argued March 5, 1920; decided March 19, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 3, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term enjoining the defendant railway company from maintaining and operating its railroad through the Sickles tract in New Rochelle, unless it paid to the plaintiff damages fixed by said judgment. The modification by the Appellate Division was solely as to the amount of damages. The complaint demanded judgment against the defendants, that they be

perpetually enjoined and restrained from maintaining and operating the said railroads on the premises owned by the defendant railway company, and that the railway company be compelled to remove the said structure as being constructed in violation of certain covenants running with land through which the road was built.

*John B. Knox, George S. Graham* and *Ralph Polk Buell* for appellant.

*Richmond J. Reese* and *Samuel F. Swinburne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.